UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ALBERT BERLINER,<br><br>        **Plaintiff,**<br><br>v.<br><br>C R BARD INC. and BARD PERIPHERAL VASCULAR INC.<br><br>        **Defendants.** | **Case No. 3:20-cv-01566-S** |

## JOINT STATUS REPORT

Plaintiff Albert Berliner and Defendants C. R. Bard, Inc., and Bard Peripheral Vascular, (collectively, "Bard") (all, collectively, the "Parties") in the above-referenced matter (the "Action"), and in accordance with their March 19, 2021 Status Report, Doc. 34, respectfully submit this Joint Report to inform the Court of the status of the settlement in principle in this case.

The Parties continue to work diligently to finalize the settlement documents in this matter, including working through lien resolution. The Parties anticipate needing an additional thirty (30) days to finalize the settlement with respect to this case. If Plaintiff has not filed dismissal papers within 30 days from the stay extension being granted, the Parties will file a joint status report regarding the status of the settlement.

1

Respectfully Submitted,

| | |
|---|---|
| */s/ Alex Barlow*<br>ALEX BARLOW<br>MS Bar No. 100285<br>barlow@shraderlaw.com<br>**SHRADER & ASSOCIATES LLP**<br>9 Greenway Plaza, Suite 2300<br>Houston, TX 77046-0941<br>(713) 782-0000<br>(713) 571-9605 (fax)<br><br>*Attorneys for Plaintiff* | */s/ Melissa Dorman Matthews*<br>MELISSA DORMAN MATTHEWS<br>Texas Bar No. 00790603<br>mmatthews@hartlinebarger.com<br>Jordan E. Jarreau<br>Texas Bar No. 24110049<br>jjarreau@hartlinebarger.com<br>**HARTLINE BARGER LLP**<br>8750 N. Central Expy., Suite 1600<br>Dallas, Texas 75231<br>Telephone: (214) 369-2100<br>Facsimile: (214) 267-4271<br><br>and<br><br>BRANDEE J. KOWALZYK<br>Georgia Bar No. 142328<br>brandee.kowalzyk@nelsonmullins.com<br>TAYLOR TAPLEY DALY<br>Georgia Bar No. 697887<br>Taylor.daly@nelsonmullins.com<br>**NELSON MULLINS RILEY &**<br>**SCARBOROUGH LLP**<br>201 17th Street NW<br>Suite 1700<br>Atlanta, GA 30363<br>404-322-6156<br>404-322-6050 (fax)<br><br>*Attorneys for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc.* |

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of April, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

    */s/ Melissa Dorman Matthews*
    MELISSA DORMAN MATTHEWS